AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Mr. Kirby Browning
401 Flint Ave Apt 216
Albany, GA 31701-5067

V.

**SUMMONS IN A CIVIL CASE**

CASE

CLAIM FOR GRANTING OF FINANCIAL COMPENSATION FOR SEXUAL ABUSE

TO: (Name and address of Defendant)

1) RFK COMMUNITY ALLIANCE
971 MAIN STREET
LANCASTER, MA 01523

2) ALFRED A. GRAY
3 JILL CIRCLE
NORTH READING, MA 01864

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ATTORNEY FOR KIRBY BROWNING, APPOINTED BY UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK _____ DATE _____

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE ~~[scribbled out]~~ |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                 Date                        Signature of Server

                                          _____
                                          Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

I, KIRBY BROWNING, AM NOT THE SERVER, SINCE I LIVE IN ALBANY, GA. + AM UNABLE TO LEAVE TOWN TO GO ANYWHERE ELSE