# MOTION FOR APPOINTMENT OF COUNSEL

(1)

IN DECEMBER, 1949, MY PARENTS PLACED ME IN WHAT WAS THEN THE ~~PERKINS~~ SPECIAL NEEDS PERKINS SCHOOL (SINCE RE-NAMED RFK COMMUNITY ALLIANCE) IN LANCASTER, WORCESTER COUNTY, DUE TO A DIAGNOSIS OF HYDROCEPHALUS. I RESIDED THERE AND AT ITS SUMMER CAMP OCEANWARD UNTIL JUNE, 1965. THE THEN-DIRECTOR OF BOTH, DAVID C. PERKINS, WAS AN AUTOCRAT FOR FORBADE US KIDS TO SPEAK OUT + QUESTION RULES + POLICIES HE LAID DOWN WHICH WE FELT WERE NOT IN OUR BEST INTERESTS.

THE SAID DAVID C PERKINS RAN THE SCHOOL AND CAMP LIKE A WORLD WAR ~~II~~ ERA INTERNMENT CAMP. WE KIDS WERE STRICTLY TOLD WHAT TO DO AND WHERE TO GO AND WHAT TO SPEAK AND NOT TO SPEAK. OUR FUNDAMENTAL FREEDOMS AND ~~~~ HUMAN RIGHTS WERE STIFLED. VIOLATION OF THE ESTABLISHED RULES AND POLICIES RESULTED IN SUCH PUNISHMENT AS BEING MADE TO STAND FACE-IN IN A CORNER (WHICH HAPPENED TO ME MORE THAN ONCE) FOR AN HOUR OR MORE.

THERE WERE TWO PERSONAS TO THIS DAVID C PERKINS. ONE WAS WHERE US KIDS AND OUR PARENTS PUT OUR IMPLICIT TRUST IN HIM TO SAFE-GUARD OUR SAFETY AND WELL-BEING, WHICH HE MADE US BELIEVE HE DID. THIS WAS RATHER AKIN TO, SAY, THE STRONG-MAN OF ARGENTINA, JUAN DOMINGO PERON.

I DIDN'T KNOW, UNTIL TOO LATE, ABOUT HIS OTHER DARKER, SINISTER PERSONA - THAT OF A SEXUAL PREDATOR. THUS HE BETRAYED MINE + MY PARENTS' TRUST. I DIDN'T SEE THIS COMING WHEN

IN SEPTEMBER, 1964, DAVID C PERKINS ~~~~ TALKED ME IN RETURNING WITH HIM TO CAMP OCEANWARD ON THE "PRETEXT" OF ENSURING THE CAMP WAS



SECURED FOR THE WINTER AND TYING UP ANY LOOSE ENDS. BUT LITTLE DID I KNOW WHAT WAS COMING. THE LAST NIGHT THERE (AND ME BEING BLISSFULL UNAWARE), THAT "DEVIL'S TURD" INDUCED ME TO GO WITH HIM UPSTAIRS TO A BEDROOM OF THE MAIN HOUSE. ONCE THERE, I WAS TRAPPED, UNABLE TO RESIST, UNABLE TO ESCAPE. THAT DEPRAVED SOB INFLICTED UPON ME THE ABOMINATION OF SODOM AND GOMORRAH - AND I'D THOUGHT UP TO THEN HE COULD DO ME NO WRONG?

UPON RETURNING TO THE SCHOOL - AND FOR ABOUT THE NEXT 10 YEARS THERE-AFTER - I WAS IN COMPLETE DENIAL OF THAT ABOMINATION. LIKE IT NEVER HAPPENED. (I NEVER TOLD MY PARENTS. THEY DIED WITHOUT KNOWING. JUST AS WELL.) IN JUNE, 1965, I LEFT THE SCHOOL AND REJOINED MY PARENTS IN NEW YORK. I MAINTAINED CONTACT WITH MY FIRST GIRLFRIEND. (WE WERE CLASSMATES AT THE SCHOOL.) ALAS - HER PARENTS FOUND OUT ABOUT OUR ROMANCE AND DENOUNCED ME TO THAT DEVIL'S TURD, DAVID C PERKINS. WHEN I MADE A RETURN VISIT TO THE SCHOOL, THAT SWINE CONFRONTED ME AND DEMANDED THAT I BREAK OFF FROM MY GIRLFRIEND. THAT "TWO-FACED HYPOCRITE" WHO DURING MY INTERNMENT AT THE SCHOOL, HAD PREACHED TO US KIDS ABOUT THE EVILS (AS HE PUT IT) OF "FORNICATION. A "SUPPOSED" MAN OF GOD WHOSE FATHER WAS AN EPISCOPAL PRIEST - AND FOR HIM TO CORRUPT HIMSELF UPON ME! THE SEXUAL ABUSE ROBBED ME OF MY INNOCENCE AND QUALITY OF LIFE FOR GOOD.

10 YEARS ON, THE NEWS BROKE THAT A CATHOLIC PRIEST IN DALLAS, TEXAS, HAD BEEN ARRESTED ON CHARGES OF SEXUAL ABUSE OF KIDS ENTRUSTED TO

③

HIS CARE. EXACTLY LIKE WHAT HAD HAPPENED TO ME! AKIN TO AN I.E.D. BLOWING UP IN MY FACE! THAT SET OFF MY PTSD. IT WRECKED MY QUALITY OF LIFE, MY MARRIAGE AND MY JOB WITH THE POSTAL SERVICE.

ANOTHER 10 YEARS OF FURTHER MISFORTUNES AND TRIBULATIONS. I GOT FED UP WITH LIVING ONLY A DAY'S DRIVE FROM THE GROUND ZERO OF THE SEXUAL ABOMINATION, AND SO IN 2000 I MADE MY WAY DOWN HERE TO ALBANY, GA. LIFE IS A LITTLE BETTER NOW — BUT I AM LIVING IN POVERTY ON ONLY SSI + FOOD STAMPS — CRUMBS FROM THE GOVERNMENT'S TABLE.

ALL OF THE FOREGOING SPEAKS TO WHY I AM JUSTIFIED IN MY CLAIM FOR FINANCIAL COMPENSATION FOR MY SEXUAL ABUSE FROM THE RFK COMMUNITY ALLIANCE. ~~[scribbled out]~~

SINCERELY,
Kirby Browning
KIRBY BROWNING
PH# (229) 405-4937