Kirby Browning
401 Flint Avenue / Apt # 216
Albany, GA 31701-5002

3 April 2005

United States Federal District Court
Attn of: Clerk of the Court
595 Main Street
Worcester, MA. 01648

Your Excellency:

It is about 3 months since the court last notified me that my case for claim for financial compensation for sexual abuse from RFK Community Alliance was pending before the court.

From that time until now, I have NOT heard back thereunto.

It would be at least justice being done on my behalf for a TIMELY response + heads-up to me (I repeat, TIMELY) as to the present status of my case for said compensation.

I will be candid - further delay in TIMELY addressing this matter is, for me, justice thereof NOT being done. Am I clear about this?

To aid in timely respone in this matter, I herewith enclose an index card bearing my address + phone number.

It is my right to ask that y'all do right by me in this matter.

Kirby Browning

Kirby Browning

KIRBY BROWNING
ADDRESS:
401 FLINT AVENUE - APT #116
ALBANY, GA. 31701-5002

PHONE NUMBER:

(229) 405-4937

(THIS SHOULD AID IN TIMELY NOTIFYING ME OF THE CURRENT STATUS OF THE SAID MATTER DESCRIBED IN THE ENCLOSED LETTER.)