UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRBY VANCE BROWNING,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL AMES, et als.,<br><br>　　　　Defendants. | Civ. A. No. 4:25-cv-40025-DHH |

## NOTICE OF APPEARANCE

Please enter my appearance for the defendants, Robert F. Kennedy Community Alliance, Inc., named in the complaint as RFK Community Alliance,[1] Michael Ames, and David Libby.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Theodore J. Folkman*

　　　　　　　　　　　　　　　　　　　Theodore J. Folkman (BBO No. 647642)
　　　　　　　　　　　　　　　　　　　RUBIN AND RUDMAN LLP
　　　　　　　　　　　　　　　　　　　53 State St.
　　　　　　　　　　　　　　　　　　　Boston, Mass. 02109
　　　　　　　　　　　　　　　　　　　(617) 330-7135
　　　　　　　　　　　　　　　　　　　tfolkman@rubinrudman.com

Dated:　August 18, 2025

---

[1] The docket does not list Robert F. Kennedy Community Alliance, Inc. as a defendant, but the complaint (ECF 1 at p. 4) does identify it as a defendant. The defendants respectfully request that the Clerk modify the docket accordingly.

CERTIFICATE OF SERVICE

I certify that on August 18, 2025, I caused this document to be served by first-class mail, postage prepaid, on:

Kirby Vance Browning
401 Flint Ave., Apt. 216
Albany, GA 31701

/s/ Theodore J. Folkman

4545421_1