UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KIRBY VANCE BROWNING,

Plaintiff,

MICHAEL AMES, et al.,

Defendants

Civ. A. No. 4:25-cv-40025-DHH

**CORPORATE DISCLOSURE STATEMENT OF
ROBERT F. KENNEDY COMMUNITY ALLIANCE, INC.**

The defendant, Robert F. Kennedy Community Alliance, Inc., named in the complaint as RFK Community Alliance, states that it has no parent corporation and that as a charitable corporation organized under G.L. c. 180, it has no stockholders and thus no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

ROBERT F. KENNEDY COMMUNITY
ALLIANCE, INC.

By its attorney:

*/s/ Theodore J. Folkman*

Theodore J. Folkman (BBO No. 647642)
RUBIN AND RUDMAN LLP
53 State St.
Boston, Mass. 02109
(617) 330-7000
tfolkman@rubinrudman.com

Dated: August 18, 2025

4550732_1

<u>CERTIFICATE OF SERVICE</u>

I certify that on August 18, 2025, I caused this document to be served by first-class mail,

postage prepaid, on:

Kirby Vance Browning
401 Flint Ave., Apt. 216
Albany, GA 31701-5002

*/s/ Theodore J. Folkman*

4550732_1