UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRBY VANCE BROWNING,<br><br>Plaintiff,<br><br>MICHAEL AMES, et al.,<br><br>Defendants | Civ. A. No. 4:25-cv-40025-DHH |

## SCHOOL DEFENDANTS' MOTION TO DISMISS

The defendants, Michael Ames, David Libby, and Robert F. Kennedy Community Alliance, Inc. move to dismiss the complaint under Fed. R. Civ. P. 12(b)(6) for failure to state a claim on which relief may be granted. Robert F. Kennedy Community Alliance, Inc. also moves to dismiss the complaint on the grounds that it has charitable immunity from suit. A memorandum of law is being filed in support of this motion.

Respectfully submitted,

ROBERT F. KENNEDY COMMUNITY
ALLIANCE, INC., DAVID LIBBY, and
MICHAEL AMES,

By their attorneys:

*/s/ Theodore J. Folkman*

Theodore J. Folkman (BBO No. 647642)
RUBIN AND RUDMAN LLP
53 State St.
Boston, Mass. 02109
(617) 330-7000
tfolkman@rubinrudman.com

Dated: August 22, 2025

1

## CERTIFICATE OF COMPLIANCE

I certify that I sought to discuss this motion with the plaintiff but that I did not receive a response to my email requesting to confer.

*/s/ Theodore J. Folkman*

## CERTIFICATE OF SERVICE

I certify that on August 22, 2025, I caused this document to be served by first-class mail, postage prepaid, on:

Kirby Vance Browning
401 Flint Ave., Apt. 216
Albany, GA 31701

*/s/ Theodore J. Folkman*