5M-11-'20. No. 7143-1

# The Commonwealth of Massachusetts
## DEPARTMENT OF CORPORATIONS AND TAXATION
HENRY F. LONG, Commissioner
237 STATE HOUSE, BOSTON

We,   Franklin H. Perkins     President, – – – – and – – – – – Treasurer,
Dudley H. Dorr           ~~Clerk or~~ Secretary, and   Franklin H. Perkins,
Grace W. Perkins, and Dudley H. Dorr

being a majority of the directors, or  trustees  (having the powers of directors under authority of section seven of chapter one hundred and eighty), of

   Perkins School

in compliance with the requirements of section three of chapter one hundred and eighty of the General Laws as amended, do hereby state that the following is a true copy of the agreement of association to form said corporation, with the names of the subscribers thereto:—

We, whose names are hereto subscribed, do, by this agreement, associate ourselves with the intention of forming a corporation under the provisions of chapter 180 of the General Laws as amended.

The name by which the corporation shall be known is

   Perkins School

The location of the principal office of the corporation to be in Massachusetts is the
Town    of    Lancaster   (Main Street)

The purposes for which the corporation is formed are as follows:—

   To carry on one or more institutions for the education and care of retarded or badly adjusted children and of others requiring special educational or medical treatment.

   To buy, sell, hold, improve, alter, mortgage, encumber, or otherwise deal with such real and personal property, wherever located, and of whatever nature, in such manner and to such extent as may be necessary or convenient for the foregoing purposes.

   To borrow money, and to transfer at any time or times any or all of the funds or property of the corporation to any other organization having authority to carry out any or all of the foregoing purposes or similar purposes, or to a trustee or trustees having power to hold for such purposes.

   To exercise any and all other powers which may be exercised by a corporation formed for any educational, charitable, benevolent, or medical purpose under General Laws, Chap. 180, or any amendment thereof or addition thereto.

| Name | Address | |
|---|---|---|
| Fr— | | |
| Gr— | ——, ————, Mass. | O |
| Dudley H. Dorr | Main St., Lancaster, Mass. | O |
| Grafton L. Wilson | 245 Clinton Road, Brookline, Mass. | O |
| Mabelle F. Clough | 15 Pitcher Avenue (West) Medford, Mass. | O |
| Natalie V. Lampson | 85 Clinton St., Everett | O |
| Alice Thatcher Smith | 9 Fairfax Road, Milton | O |

Proper First Name should be Written in Full
Initials and abbreviations are not sufficient.

5M—11-'29. No. 7143-1

# The Commonwealth of Massachusetts

## DEPARTMENT OF CORPORATIONS AND TAXATION

HENRY F. LONG, Commissioner
237 STATE HOUSE, BOSTON

We, Franklin H. Perkins   President, - - - - and - - - - - Treasurer, Dudley H. Dorr   ~~Clerk or~~ Secretary, and Franklin H. Perkins, Grace W. Perkins, and Dudley H. Dorr

being a majority of the directors, or **trustees** (having the powers of directors under authority of section seven of chapter one hundred and eighty), of

Perkins School

in compliance with the requirements of section three of chapter one hundred and eighty of the General Laws as amended, do hereby state that the following is a true copy of the agreement of association to form said corporation, with the names of the subscribers thereto:—

[illegible middle section]

The amount of its capital stock (if any) is   n   dollars
The par value of its shares is   o   dollars
The number of its shares is   n

(If seven days' notice is waived, use the following form:)

We hereby waive all requirements of the General Laws of Massachusetts for notice of the first meeting for organization, and appoint the   15th   day of   February   1934, at 12:05 o'clock  P.  M., at 60 State Street, Boston as the time and place for holding said first meeting.

IN WITNESS WHEREOF, we have hereunto set our hands this   fifteenth   day of   February   in the year nineteen hundred and thirty-four.

| NAME | RESIDENCE (CITY OR TOWN; STREET AND NUMBER) | AMOUNT OF STOCK SUBSCRIBED FOR |
|---|---|---|
| Franklin H. Perkins | Main St., Lancaster, Mass. | 0 |
| Grace W. Perkins | Main St., Lancaster, Mass. | 0 |
| Dudley H. Dorr | Main St., Lancaster, Mass. | 0 |
| Grafton L. Wilson | 245 Clinton Road Brookline, Mass. | 0 |
| Mabelle F. Clough | 15 Pitcher Avenue (West) Medford, Mass. | 0 |
| Natalie V. Lampson | 85 Clinton St., Everett | 0 |
| Alice Thatcher Smith | 9 Fairfax Road, Milton | 0 |

Proper First Name should be Written in Full
Initials and abbreviations are not sufficient.

(Perkins School)
(2-16-34)

That the first meeting of the subscribers to said agreement was held on the *15th* day of *February* in the year nineteen hundred and *thirty-four*.

(If the corporation has a capital stock fill in the following:)

That the amount of capital stock now to be issued is

shares of preferred stock,

shares of common stock,

to be paid for as follows:—

### AMOUNT AND CLASS OF STOCK ISSUED.

| | SHARES PREFERRED | SHARES COMMON |
|---|---|---|
| IN CASH: | | |
| In full, | | |
| By instalments, | | |
| Amount of first instalment, | | |
| IN PROPERTY: | | |
| Real estate: | | |
| Location, | | |
| Area, | | |
| Personal property: | | |
| Machinery, | | |
| Motor vehicles, | | |
| Tools, equipment and supplies, | | |
| Merchandise, | | |
| Notes receivable, | | |
| Accounts receivable, | | |
| Securities, | | |
| Patent rights, | | |
| Trade marks, | | |
| Copyrights, | | |
| Good will, | | |
| *Services, | | |
| *Expenses, | | |
| Stock dividend [show balance sheet], | | |

*State clearly the nature of such services or expenses and the amount of stock to be issued therefor.

*Services must have been rendered and expenses incurred before stock is issued therefor.

v

Leave this space for binding

The name, residence and post-office address of each of the officers are as follows:—

| NAME OF OFFICE. | NAME. | RESIDENCE. (City or Town) | POST-OFFICE ADDRESS. |
|---|---|---|---|
| President, | Dr. Franklin H. Perkins | Lancaster, Mass. | same |
| Treasurer, | Dr. Franklin H. Perkins | (as above) | |
| Clerk (or secretary), | Dudley H. Dorr | Lancaster, Mass. | 60 State St., Boston |
| Trustees (or officers having the powers of directors), | The above and | | |
| | Mrs. Grace W. Perkins | Lancaster, Mass. | same |

IN WITNESS WHEREOF and under the penalties of perjury we have hereto signed our names, this fifteenth day of Feb. in the year nineteen hundred and thirty-four.

_Franklin H. Perkins_, President, Treasurer, and Trustee

_Dudley H. Dorr_, Secretary and Trustee

_Grace W. Perkins_, Trustee

(Perkins School)
c (2-16-34)

WRITE NOTHING BELOW

Corporation For Charitable And Certain
Other Purposes

*Perkins School*

File $25.00 pd.

## Articles of Organization

GENERAL LAWS, CHAP. 180, SECT. 7

Filed in the office of the Secretary of the Commonwealth, Feb. 16, 19 3 4

RECEIVED
FEB 16 1934
p 25 ... ch Issue charter
CORPORATION DIVISION
SECRETARY'S OFFICE

DEPARTMENT OF
G.L. FEB 16 1934
CORPORATIONS AND TAXATION

I hereby certify that it appears, upon examination of the within written articles and the records of the corporation duly submitted to my inspection, that the requirements of chapter one hundred and eighty as amended, one hundred fifty-five as amended and chapter one hundred fifty-six of General Laws as amended, relating to the organization of corporations have been complied with, and I hereby approve said articles, this 16th

day of February A.D. 1934

*Henry F. Long*
Commissioner of Corporations
and Taxation.

Charter to be sent to *Hale & Dorr*
60 State

S. Lancaster
S. Brookline
M.A. Medford  nd 2-24-34
M.A. Everett
S. Milton

A TRUE COPY ATTEST

WILLIAM FRANCIS GALVIN
SECRETARY OF THE COMMONWEALTH
8/11/25
DATE       CLERK