# The Commonwealth of Massachusetts

KEV[redacted] JOHN F. X. DAVOREN

Secretary of the Commonwealth

STATE HOUSE BOSTON, MASS.

RECEIVED
JAN 23 1968
SECRETARY'S OFFICE

CHANGE OF NAME
General Laws, Chapters 155 Section 10

We, Richard H. Barbour President, Franklin H. Perkins, Jr., Treasurer and Clerk and David Stone, PhD., Theodore B. Bayles, M.D., Elwyn L. Perry, Oscar F. Shepard, Alice M. Fisher, David C. Perkins and Ruth B. Ernst.

being a majority of the directors of Perkins School

a corporation duly organized under the provisions of Chapter 180, of the General Laws, in compliance with the provisions of Chapter 155, Section 10 of the General Laws, as amended, do hereby certify that at a meeting of the members of said corporation duly called for the purpose and held on the 16th day of November 1967, by an affirmative vote of members of said corporation, being at least two-thirds of the persons legally entitled to vote, it was voted to change the name of the corporation to DOCTOR FRANKLIN PERKINS SCHOOL

Signed this 15th day of December 1967 under the penalties of perjury.

President: Richard H. Barbour

Treasurer:

Clerk: Franklin H. Perkins

Majority of Directors: David Stone PhD, Richard H. Barbour, Alice M. Fisher, Theodore B. Bayles M.D., Franklin H. Perkins, Elwyn L. Perry, Oscar F. Shepard, David C. Perkins, Ruth B. Ernst

IMPORTANT: Amendments under Chapter ... Section 10 must be filed within 30 days of the date of the vote. If more space is needed use continuation sheets which must be 8½" wide x 11" high paper, and used on one side only.

DELETE ANY INAPPLICABLE WORDS.

CD ... (Rev.) M-1-67-044409

-36-

RECEIVED

JAN 2 [illegible] 1968

CORPORATION DIVISION

SECRETARY'S OFFICE

GENERAL LAWS
CHAPTER 180 SECTION 10

I hereby approve the within amendment, and the filing fee having been paid, said certificate is deemed to have been filed with me this 21st day of May, 1968.

John F.X. Davoren

KEVI[illegible] JOHN F. X. DAVOREN
Secretary of the Commonwealth

GENERAL LAWS
CHAPTER 155 SECTION 10

I hereby approve the within amendment and direct the officers of the corporation to publish in a newspaper published in the county where the corporation has its principal office or place of business notice of change of name this day of 19 .

[illegible]
Secretary of the Commonwealth

Change of Name ordered published in a Worcester county newspaper Jan. 25, 1968, by letter.

RECEIVED
$5 CK.
X MAY 2[illegible] 1968
CORPORATION DIVISION
SECRETARY'S OFFICE

Notice having been properly published and the filing fee having been paid this amendment is deemed to have been filed with me this day of 19 .

[illegible]
Secretary of the Commonwealth

[illegible] papers sent to: 1-25-68
Atty Douglas L. Nadeau
Hale and Dorr
60 State St.
Boston 02109 [illegible]

[illegible] mailed May 22, 1968
Atty. Douglas L. Nadeau,
Hale and Dorr
60 State Street, Boston

A TRUE COPY ATTEST
William Francis Galvin
WILLIAM FRANCIS GALVIN
SECRETARY OF THE COMMONWEALTH
DATE 8/11/25 CLERK [illegible]