IDENTIFICATION
no. 042103834
Filing Fee: $15.00

# The Commonwealth of Massachusetts

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Room 1717, Boston, Massachusetts 02108-1512

## ARTICLES OF AMENDMENT
(General Laws, Chapter 180, Section 7)

We, Michael W. Ames, *President / ~~*Vice President~~,

and Jennifer Luisa, *Clerk / ~~*Assistant Clerk~~,

of Doctor Franklin Perkins School,
*(Exact name of corporation)*

located at 971 Main Street, Lancaster, MA 01523,
*(Address of corporation in Massachusetts)*

do hereby certify that these Articles of Amendment affecting articles numbered:

Article 1

*(Number those articles 1, 2, 3, and/or 4 being amended)*

of the Articles of Organization were duly adopted at a meeting held on November 3, 20 21, by vote of:

_____ members, _____ directors, or _____ shareholders**,

☐ Being at least two-thirds of its members legally qualified to vote in meetings of the corporation; OR

☑ Being at least two-thirds of its directors where there are no members pursuant to General Laws, Chapter 180, Section 3; OR

☐ In the case of a corporation having capital stock, by the holders of at least two-thirds of the capital stock having the right to vote therein.

The exact name of the corporation, as amended, is: Robert F. Kennedy Community Alliance, Inc.

*Delete the inapplicable words.
**Check only one box that applies.
Note: If the space provided under any article or item on this form is insufficient, additions shall be set forth on one side only of separate 8 1/2 x 11 sheets of paper with a left margin of at least 1 inch. Additions to more than one article may be made on a single sheet so long as each article requiring each addition is clearly indicated.

180amen 11/5/13

The foregoing amendment(s) will become effective when these Articles of Amendment are filed in accordance with General Laws, Chapter 180, Section 7 unless these articles specify, in accordance with the vote adopting the amendment, a *later* effective date not more than *thirty days* after such filing, in which event the amendment will become effective on such later date.

Later effective date:_____

SIGNED UNDER THE PENALTIES OF PERJURY, this __3rd__ day of __November__, 20 __21__

_____, *President / *~~Vice-President,~~

_____, *Clerk / *~~Assistant Clerk.~~

*Delete the inapplicable words.

\#2692

SECRETARY OF THE
COMMONWEALTH

2021 NOV -4 PM 3: 13

CORPORATIONS DIVISION

THE COMMONWEALTH OF MASSACHUSETTS

# ARTICLES OF AMENDMENT
(General Laws, Chapter 180, Section 7)

I hereby approve the within Articles of Amendment and, the filing fee in the amount of $ __15__ having been paid, said articles are deemed to have been filed with me this __4__ day of __Nov__ 20__21__.

*Effective date:* _____

*[signature]*

**WILLIAM FRANCIS GALVIN**
*Secretary of the Commonwealth*

1372890

## TO BE FILLED IN BY CORPORATION
Contact information:

Meghan L. Tufts, Esq.

Rubin and Rudman, LLP

53 State Street, Boston, MA 02109

Telephone: 617-330-7056

Email: mtufts@rubinrudman.com

Upon filing, a copy of this filing will be available at www.sec.state.ma.us/cor. If the document is rejected, a copy of the rejection sheet and rejected document will be available in the rejected queue.

A TRUE COPY ATTEST
*[signature]*
WILLIAM FRANCIS GALVIN
SECRETARY OF THE COMMONWEALTH
DATE 8/11/25 CLERK