IDENTIFICATION NO. 04-2457298

IDENTIFICATION NO. 04-2103834

Filing Fee: $35.00

# The Commonwealth of Massachusetts

William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Room 1717, Boston, Massachusetts 02108-1512

## ARTICLES OF *CONSOLIDATION / *MERGER
(General Laws, Chapter 180, Section 10)
Domestic and Domestic Corporations

*Consolidation / *merger of

Robert F. Kennedy Children's Action Corps, Inc.

_____

_____

_____

_____ and

Robert F. Kennedy Community Alliance, Inc.,

the constituent corporations, into

Robert F. Kennedy Community Alliance, Inc.,

*one of the constituent corporations / *a new corporation.

The undersigned officers of each of the constituent corporations certify under the penalties of perjury as follows:

1. The agreement of *consolidation / *merger was duly adopted in accordance and compliance with the requirements of General Laws, Chapter 180, Section 10.

2. That if any of the constituent corporations constitutes a public charity, then the resulting or surviving corporation shall be a public charity.

3. The resulting or surviving corporation shall furnish a copy of the agreement of *consolidation / *merger to any of its members or to any person who was a stockholder or member of any constituent corporation upon written request and without charge.

4. The effective date of the *consolidation / *merger determined pursuant to the agreement of *consolidation / *merger shall be the date approved and filed by the Secretary of the Commonwealth. If a later effective date is desired, specify such date which shall not be more than thirty days after the date of filing:

June 30, 2022

**5. (For a merger)**
(a) The following amendments to the Articles of Organization of the surviving corporation have been effected pursuant to the agreement of merger:

None

*Delete the inapplicable word.

18010m 11/15/13

(For a consolidation)
(b) The purpose of the resulting corporation is to engage in the following activities:

n/a

**(c) The resulting corporation may have one or more classes of members. If it does, the designation of such class or classes, the manner of election or appointment, the duration of membership and the qualification and rights, including voting rights, of the members of each class, may be set forth in the bylaws of the corporation or may be set forth below:

None

**(d) Other lawful provisions, if any, for the conduct and regulation of the business and affairs of the resulting corporation, for its voluntary dissolution, or for limiting, defining, or regulating the powers of the corporation, or of its directors or members, or of any class of members, are as follows:

None

6. The information contained in Item 6 is not a permanent part of the Articles of Organization of the *resulting / *surviving corporation.

(a) The street address of the *resulting / *surviving corporation in Massachusetts is: (post office boxes are not acceptable)

971 Main Street, Lancaster, Massachusetts 01523

*Delete the inapplicable word.    **If there are no provisions state "None".

(b) The name, residential address and post office address of each director and officer of the *resulting / *surviving corporation is:

| | NAME | RESIDENTIAL ADDRESS | POST OFFICE ADDRESS |
|---|---|---|---|
| President: | see Attachment 6(b) | | |
| Treasurer: | | | |
| Clerk: | | | |
| Directors: | | | |

(c) The fiscal year (i.e. tax year) of the *resulting / *surviving corporation shall end on the last day of the month of:

June 30

(d) The name and business address of the resident agent, if any, of the *resulting / *surviving corporation is:

The undersigned officers of the several constituent corporations listed herein further state under the penalties of perjury as to their respective corporations that the agreement of *consolidation / *merger has been duly executed on behalf of such corporations and duly approved by the members / stockholders / directors of such corporations in the manner required by General Laws, Chapter 180, Section 10.

TO BE EXECUTED ON BEHALF OF EACH CONSTITUENT CORPORATION

_____, *President / *Vice-President

_____, *Clerk / *Assistant Clerk

of Robert F. Kennedy Children's Action Corps, Inc.
(Name of constituent corporation)

_____, *President / *Vice-President

_____, *Clerk / *Assistant Clerk

of Robert F. Kennedy Community Alliance, Inc.
(Name of constituent corporation)

*Delete the inapplicable words.

## ATTACHMENT 6(b) TO ARTICLES OF MERGER

|  | Name | Residential Address | Post Office Address |
|---|---|---|---|
| President | Michael W. Ames | 15 Slough Road | Harvard, MA 01451 |
| CEO | Michael W. Ames | 15 Slough Road | Harvard, MA 01451 |
| Board Chair | James Geraghty | 5 Preservation Way | Westford, MA 01886 |
| Vice Chair | Jennifer L. Flanagan | 36 Leo Gagnon Way | Leominster, MA 01453 |
| Treasurer | Linda Williams | 54 Bonad Street | West Newton, MA 02465 |
| Clerk | Jennifer F. Luisa | 202 Chace Hill Road | Lancaster, MA 01523 |
| Assistant Clerk | Lisa C. Harrington | 90 Buttermilk Road | Leominster, MA 01453 |
| Director | James Leary | 25 Tattan Farm Road | Worcester, MA 01605 |
| Director | Mary Ritter | 239 Newell Road | Holden, MA 01520 |
| Director | Leslie Harris JD | 8 Carlisle Street | Grove Hall, MA 02121 |
| Director | Penny Outlaw | 542 High Street | Medford, MA 02155 |
| Director | Steven Peck | 107 Locust Lane | Needham, MA 02192 |
| Director | Charles Hughes II | 892 Main Street | Lancaster, MA 01523 |
| Director | Peter Stanton | 942 Main Street | Lancaster, MA 01523 |
| Director | Dana M. Hollinshead, Ph.D. | 228 Still River Road | Harvard, MA 01451 |
| Director | Donald A. Lowe | 17 Hugh Street | Clinton, MA 01510 |
| Director | John Boyle | 232 Franklin Street | Newton, MA 02458 |
| Director | Philip J. Muscatello | 210 Ridge Street | Millis, MA 02054 |
| Director | Carol Francolini Mueller | 151 Purgatory Road | Whitinsville, MA 01588 |
| Director | Michael Connolly JD | 11 Craig Hill Lane | Milton, MA 02186 |
| Director | Emma Carpenter MA | 54 Sears Road | Wayland, MA 01778 |
| Director | Matt Kennedy | 38 Upton Street, #1 | Boston, MA 02118 |
| Director | Joe Kennedy | PO Box 590464 | Newton Center, MA 02459 |
| Director | Keith Carroll | 11 Prince Street | Needham, MA 02492 |
| Director | Marc Jones JD | 25 Cleveland Road | Brookline, MA 02445 |

END OF ATTACHMENT 6(b)

MA SOC   Filing Number: 202232933150   Date: 6/29/2022 12:10:00 PM

## THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears that the provisions of the General Laws relative to corporations have been complied with, and I hereby approve said articles; and the filing fee having been paid, said articles are deemed to have been filed with me on:

June 29, 2022 12:10 PM

*[signature]*

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*

A TRUE COPY ATTEST
*[signature]*
WILLIAM FRANCIS GALVIN
SECRETARY OF THE COMMONWEALTH
DATE 6/11/25   CLERK