"... Christ died for our sins ..."
1 Corinthians 15:3

Mr Kirby Browning
401 Flint Ave
Apt 216
Albany, GA 31701-5662

VFRAE-5B

JACKSONVILLE RPDC 320
27 AUG 2025 PM 1 L
1775





UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

USMS Screened

SEP -2 PM 12: 45
U.S. DISTRICT COURT
DISTRICT OF MASS.
FILED
CLERK'S OFFICE



P.S. Just $5 will help a lot! Won't you please send just $5 now to help our Volunteer Firefighters!