# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**KIRBY VANCE BROWNING**

*Plaintiff*

v.

**MICHAEL AMES, ET AL.**

*Defendant*

Civil Action No.:
4:25−CV−40025−DHH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MICHAEL AMES, ET AL., PRESIDENT
RFK COMMUNITY ALLIANCE
471 MAIN STREET
LANCASTER, MA 01523

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) −−− or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −−− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ − Francis Castilla

*Signature of Clerk or Deputy Clerk*

ISSUED ON 2025−05−05 15:44:28, Clerk USDC DMA

Civil Action No.: **4:25-CV-40025-DHH**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date) _____ .

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

_____        _____
Date                                                    *Server's Signature*

                                         _____
                                                  *Printed name and title*

                                         _____
                                                  *Server's Address*

Additional information regarding attempted service, etc:

Case 4:25-cv-40025-MRG    Document 19-1    Filed 09/03/25    Page 3 of 12
Case 4:25-cv-40025-DHH    Document 1    Filed 02/18/25    Page 1 of 6

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

Plaintiff(s): KIRBY VANCE BROWNING, PRO SE

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Defendant(s): RFK COMMUNITY ALLIANCE
LAW OFFICE OF ALFRED A. GRAY, JR.
(SEE ATTACHED)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____ (to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☒ No

**MOTION FOR APPOINTMENT OF COUNSEL**

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: KIRBY VANCE BROWNING, PRO SE
Street Address: 401 FLINT AVENUE - APT #216
City and County: ALBANY / DOUGHERTY COUNTY
State and Zip Code: GEORGIA / 31701-5002
Telephone Number: (229) 405-4937
E-mail Address: KIRBYVBROWNING@GMAIL.COM

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Case 4:25-cv-40025-MRG   Document 19-1   Filed 09/03/25   Page 4 of 12
Case 4:25-cv-40025-DHH   Document 1   Filed 02/18/25   Page 2 of 6

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
- Name: MICHAEL AMES
- Job or Title (if known): CEO & PRESIDENT, RFK COMMUNITY ALLIANCE
- Street Address: 971 MAIN STREET
- City and County: LANCASTER/WORCESTER COUNTY
- State and Zip Code: MASSACHUSETTS/01523
- Telephone Number: (978) 365-7376
- E-mail Address (if known):

Defendant No. 2
- Name: DAVID LIBBY
- Job or Title (if known): CFO, RFK COMMUNITY ALLIANCE
- Street Address: 971 MAIN STREET
- City and County: LANCASTER/WORCESTER COUNTY
- State and Zip Code: MASSACHUSETTS/01523
- Telephone Number: (978) 365-7376
- E-mail Address (if known):

Defendant No. 3
- Name: ALFRED A GRAY, JR.
- Job or Title (if known): LAWYER
- Street Address: 3 JILL CIRCLE
- City and County: NORTH READING/ESSEX COUNTY
- State and Zip Code: MASSACHUSETTS/01864
- Telephone Number: (617) 775-4220
- E-mail Address (if known): ALFGRAY0257@GMAIL.COM

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

DEFENDANTS

1) MICHAEL AMES
CEO + PRESIDENT, RFK COMMUNITY ALLIANCE
971 MAIN STREET
LANCASTER / WORCESTER COUNTY
MASSACHUSETTS 01523
PH# (978) 365-7376
EMAIL ADDRESS NOT KNOWN

2) DAVID LIBBY
CFO, RFK COMMUNITY ALLIANCE
971 MAIN STREET
LANCASTER / WORCESTER COUNTY
MASSACHUSETTS 01523
PH# (978) 365-7376
EMAIL ADDRESS NOT KNOWN

3) ALFRED A. GRAY, JR.
LAWYER, OFFICE OF ALFRED A. GRAY, JR.
3 JILL CIRCLE
NORTH READING / ESSEX COUNTY
MASSACHUSETTS 01864
PH# (617) 775-4220
EMAIL: ALFGRAY625@GMAIL.COM

b. If the defendant is a corporation

The defendant, (name) RFK COMMUNITY ALLIANCE is incorporated under the laws of the State of (name) MASSACHUSETTS, and has its principal place of business in the State of (name) MASSACHUSETTS.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (explain):

IN 1990, WHEN I RESIGNED FROM THE U.S. POSTAL SERVICE IN WESTCHESTER COUNTY, NEW YORK, I WAS EARNING $15.00 PER HOUR. I WOULD OTHERWISE HAD I REMAINED WITH THE POSTAL SERVICE, HAVE RETIRED AROUND 2015. RFK COMMUNITY ALLIANCE OWES ME FOR BETWEEN 1990 & 2015 THE TOTAL AMOUNT THE $15.00 PER HOUR I EARNED IN 1990 WOULD HAVE ACCUMULATED BY 2015

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

WITHOUT THE CLAIM I HAVE MADE, DUE TO PTSD FROM SEXUAL ABUSE I SUFFERED IN SEPTEMBER, 1964, I NOW LIVE IN POVERTY ON ONLY SSI + FOOD STAMPS. THE ABUSE WAS DONE BY DAVID C. PERKINS, THE THEN DIRECTOR OF THE THEN-PERKINS SCHOOL NOW THE RFK COMMUNITY ALLIANCE. SAID ABUSE OCCURED AT THE SCHOOL'S SUMMER CAMP OCEANWARD IN FRIENDSHIP, MAINE.

I APPLIED FOR DAMAGES TO THE RFK ALLIANCE, BUT THEY + THEIR ATTORNEY, ALFRED A GRAY, JR., HAVE DENIED MY CLAIM.

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I ASK THE COURT TO ORDER RFK COMMUNITY ALLIANCE TO CEASE + DESIST DENIAL OF MY CLAIM FOR DAMAGES, WHICH CONTINUES AT THE PRESENT TIME. THE AMOUNTS CLAIMED ARE THE $15.00 PER HOUR I WOULD HAVE STILL EARNED BETWEEN 1990 + 2015. I AM NOT GOOD AT MATH + SO AM UNABLE TO FIGURE OUT WHAT THE TOTAL AMOUNT OF DAMAGES WOULD BE. WITHOUT THE GRANTING OF DAMAGES, MY QUALITY OF LIFE IS COMPROMISED. IT SPEAKS TO POVERTY

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  For Parties Without an Attorney  I AM UNABLE TO AFFORD ONE,

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9 DECEMBER 2024 (SEE BELOW)

Signature of Plaintiff: Kirby Vance Browning, PRO SE
Printed Name of Plaintiff: KIRBY VANCE BROWNING, PRO SE

B.  For Attorneys

Date of signing: _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____

DELAY INCURRED BETWEEN ABOVE DATE OF SIGNING + DATE OF MAILING OF THESE FORMS IS DUE TO LENGTH OF TIME IN SEEKING ASSISTANCE + ADVICE FROM MY BROTHER IN TEXAS + A FRIEND HERE IN ALBANY, GA. ALSO FROM PROCESS IN FILLING OUT THESE FORMS. I HAVE NO PRIOR EXPERIENCE IN NAVIGATING THIS FORM OF PROCESS.

Page 5 of 5

I DEFEND WITH UTMOST VIGOUR MY CLAIM FOR FINANCIAL COMPENSATION. THIS IS AND REMAINS AN EXISTENTIAL MATTER THAT AFFECTS MY QUALITY OF LIFE.

I NOW ASK THE RFK COMMUNITY ALLIANCE AND ITS LAWYER, MR. ALFRED GRAY, THIS:

1) WILL Y'ALL DO THE RIGHT AND HONOURABLE THING AND GRANT ME THE FINANCIAL COMPENSATION FOR THE SEXUAL ABUSE I SUFFERED, WHICH COMPENSATION I RIGHTLY DESERVE AND NEED TO RECLAIM MY QUALITY OF LIFE? THIS WOULD BE MOST COMMENDABLE

OR

2) DO Y'ALL CONTINUE TO DELAY, STONEWALL AND DENY ME THE SAID COMPENSATION AND THUS RELEGATE MY REMAINING YEARS (FROM MY AGE OF 81) TO POVERTY AND LOSS OF MY QUALITY OF LIFE? IF Y'ALL DO THIS, IT WOULD BE MOST DISHONOURABLE — AND MAY THAT BE UPON YOUR HEADS.

I AWAIT YOUR RESPONSE TO THIS,

Kirby Browning
KIRBY BROWNING
23 DECEMBER 2024

P.S. I.M.M. FURTHER INCENSED THIS DAY TO SEE ON MY COMPUTER A NEW YORK TIMES STORY ON VICTIMS OF SEXUAL ABUSE AT CATHOLIC-RUN BOYS' SCHOOLS IN IRELAND RELATING THEIR OWN STORIES OF TORMENT - ALMOST EXACTLY A CARBON COPY OF MY OWN ORDEAL AT THAT SUMMER CAMP IN MAINE. THIS ENTIRE ISSUE DEMANDS ACCOUNTABILITY THAT IS LONG OVERDUE.

JS 44 (Rev. 10/20)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **WORCESTER COUNTY**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)* LAW OFFICE OF ALFRED A. GRAY, JR.
3 JILL COURT, NORTH READING, MA. 01864
617-775-4220

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [X] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [X] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [X] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| ~~190 Other Contract~~ | [X] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | | [ ] 863 DIWC/DIWW (405(g)) | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | Habeas Corpus: | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property | [X] 446 Amer. w/Disabilities - Other | Other: [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | |
| | | [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
**446 AMERICANS W/DISABILITIES - OTHER**

Brief description of cause:
**DENIAL OF MONEY DAMAGES FOR SEXUAL ABUSE**

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ **$15.00 PER HR**    CHECK YES only if demanded in complaint:
**TOTAL AMT. FR. 1990-2015**    JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*    JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1. Title of case (name of first party on each side only) **KIRBY VANCE BROWNING, PRO SE**

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    ☐ I.   160, 400, 410, 441, 535, 830*, 835*, 850, 880, 891, 893, R.23, REGARDLESS OF NATURE OF SUIT.

    ☐ II.  110, 130, 190, 196, 370, 375, 376, 440, 442, 443, 445, 446, 448, 470, 751, 820*, 840*, 895, 896, 899.

    ☐ III. 120, 140, 150, 151, 152, 153, 195, 210, 220, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 367, 368, 371, 380, 385, 422, 423, 430, 450, 460, 462, 463, 465, 480, 485, 490, 510, 530, 540, 550, 555, 560, 625, 690, 710, 720, 740, 790, 791, 861-865, 870, 871, 890, 950.

    *Also complete AO 120 or AO 121. for patent, trademark or copyright cases.

    **I HAVE NO IDEA WHAT ANY OF THE ABOVE REFERS TO**

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES ☐   NO ☒
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES ☒   NO ☐

7. Do all of the parties in this action, excluding governmental agencies of the United States and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES ☐   NO ☐

    A. If yes, in which division do all of the non-governmental parties reside?
       Eastern Division ☐   Central Division ☐   Western Division ☐

    B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
       Eastern Division ☐   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES ☐   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S OR PRO SE'S NAME **KIRBY BROWNING, PRO SE**
ADDRESS **401 FLINT AVENUE / APT #216 / ALBANY, GA 31701-5002**
TELEPHONE NO. **(229) 405-4937**
EMAIL ADDRESS **KIRBYVBROWNING@GMAIL.COM**

(CategoryForm6-2021.wpd)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Mr. Kirby Browning
401 Flint Ave Apt 216
Albany, GA 31701-5067

**SUMMONS IN A CIVIL CASE**

V.

CASE

CLAIM FOR GRANTING OF FINANCIAL COMPENSATION FOR SEXUAL ABUSE

TO: (Name and address of Defendant)

1) RFK COMMUNITY ALLIANCE
971 MAIN STREET
LANCASTER, MA 01523

2) ALFRED A. GRAY
3 JILL CIRCLE
NORTH READING, MA 01864

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ATTORNEY FOR KIRBY BROWNING APPOINTED BY UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | ~~[scribbled out]~~ |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
         Date

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

I, KIRBY BROWNING, AM NOT THE SERVER, SINCE I LIVE IN ALBANY, GA. + AM UNABLE TO LEAVE TOWN TO GO ANYWHERE ELSE