UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRBY VANCE BROWNING,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL AMES, DAVID LIBBY, ALFRED A. GRAY, JR., and ROBERT F. KENNEDY COMMUNITY ALLIANCE, INC.,<br><br>    Defendants. | CIVIL ACTION NO.: 4:25-cv-40025-DHH |

## MOTION OF DEFENDANT ALFRED A. GRAY, JR. TO DISMISS

Pursuant to Fed. Rules Civ. P. 12(b)(2), (5) and (6), the Defendant Attorney Alfred A. Gray, Jr. moves to dismiss all counts of the complaint against him. Attorney Gray has not been served, and the complaint fails to state a claim upon which relief can be granted. For these reasons and the reasons given in Attorney Gray's accompanying memorandum, the Court should dismiss the complaint with prejudice.

Dated: September 12, 2025

ALFRED A. GRAY, JR.,
By his attorneys,

*/s/ John J. O'Connor*
John J. O'Connor
BBO #555251
Matthew T. Westhoff
BBO #711741
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
Telephone No.: (617) 951-2077
joconnor@peabodyarnold.com
mwesthoff@peabodyarnold.com

1

## CERTIFICATE OF COMPLIANCE

I, John J. O'Connor, certify that I have communicated with the Plaintiff in compliance with Local Rule 7.1.

                                                */s/ John J. O'Connor*
                                                John J. O'Connor

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2025, a true and correct copy of the foregoing was filed electronically in the Court's CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's Case Management/Electronic Case Filing system, and via U.S. Regular Mail to the plaintiff, as follows:

Kirby Vance Browning (*pro se*)
401 Flint Avenue, Apt. 216
Albany, GA 31701
kirbyvbrowning@gmail.com

                                                */s/ John J. O'Connor*
                                                John J. O'Connor, Esq.

4157937