# EXHIBIT A

8 OCTOBER 2024

A MONTH AGO I SENT TO Y'ALL EVERY-THING PERTAINING TO BOTH MY ENTIRE LIFE JOURNEY TO DATE + THE SEXUAL ABUSE I SUFFERED AT THE HANDS OF DAVID C PERKINS. HE RUINED MY QUALITY OF LIFE + TO THIS DAY I HAVE P.T.S.D. + LIVE IN POVERTY.

THERE HAS BEEN NO REPLY TO THE AFOREMENTIONED MATERIAL. THIS, IN ADDITION TO THE SEX ABUSE, IS DOING ME WRONG TWICE.

I HEREBY ASK THAT, TO RECTIFY THESE WRONGS, THAT Y'ALL GRANT ME FINANCIAL COMPENSATION. IT IS ONLY RIGHT THAT THIS BE DONE.

I ASK ALSO FOR THE NAMES, ADDRESSES + PHONE NUMBERS OF THE LAWYERS WHO REPRESENTED THE OTHER KIDS AT PERKINS SCHOOL + CAMP OCEANWARD WHOM DAVID C PERKINS ALSO VICTIMISED, + ALSO IF ANY OF THE AFORESAID LAWYERS WOULD TAKE ON MY CASE PRO BONO, AS I CANNOT AFFORD OUT-OF-POCKET EXPENSES FOR LEGAL COUNSEL. THIS IS ONLY IN CASE IF:

Y'ALL DENY MY REQUEST FOR FINANCIAL COMPENSATION. IN THAT EVENT, I WILL ALSO SEEK REPRESENTATION HERE IN ALBANY, GEORGIA FROM THE GEORGIA LEGAL AID SERVICES PROGRAM. I HOPE Y'ALL WILL DO THE RIGHT THING IN JUSTICE + GRANT ME FINANCIAL COMPENSATION.

KIRBY BROWNING
401 FLINT AVENUE - APT.# 216
ALBANY, GA 31701-5002
PH#: (229) 405-4937