# EXHIBIT B

## LAW OFFICE OF ALFRED A. GRAY
3 Jill Circle
North Reading, MA 01864
617-775-4220
Alfgray0257@gmail.com

November 11, 2024

**VIA OVERNIGHT DELIVERY
And US MAIL**

Mr. Kirby Browning
401 Flint Ave, Apt #216
Albany, GA 31701

      Re: _Your October 8, 2024 Correspondence_

Dear Mr. Browning;

      Please be advised that I represent RFK Community Alliance which was formerly known as the Perkins School in Lancaster, Massachusetts. Kindly forward any future correspondence or communications to my attention. I am sending this letter in response to yours of October 8, 2024 as well as your recent voice message to CEO Michael Ames.

      In your letter you indicate that on a prior occasion you provided information with regard to alleged abuse that you were subject to while a student at the Perkins School. A diligent search has been made for that information but such cannot be relocated. Kindly resend the information you previously sent to my attention.

      You also requested that we provide you with the names of attorneys who in your view represented other students who may have been alleged victims of abuse. We are not capable of providing you with this information. We do not have the consent of any current or former student to provide you with information with regard to who may be representing them for a particular issue. We also are not in a position to recommend a lawyer to you. If you feel that you have a claim against the school, you will need to find a lawyer on your own. Should you opt to obtain a lawyer, please provide him or her with my contact information and have them get in touch with me.

      The primary purpose of your letter was to request compensation for the alleged abuse you suffered while a student. That request is denied at the present time. As mentioned above, my client is not able to locate the information that you indicate was previously sent. If you resend

November 11, 2024
Page 2

that information as requested the school will further review your claim and make a decision as to what action, if any, that it will take.  If you have any questions or concerns, please do not hesitate to contact me.

Thank you for your time and consideration.

Very truly yours,

Alfred A. Gray Jr.

cc.  Michael Ames, CEO & President, RFK Community Alliance
David Libby, CFO, RFK Community Alliance