UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRBY VANCE BROWNING,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL AMES, DAVID LIBBY, ALFRED A. GRAY, JR., and ROBERT F. KENNEDY COMMUNITY ALLIANCE, INC.,<br><br>        Defendants. | CIVIL ACTION NO.: 4:25-cv-40025-DHH |

## NOTICE OF APPEARANCE

Please enter the appearance of Matthew T. Westhoff of the law firm Peabody & Arnold LLP as counsel for Defendant Alfred A. Gray, Jr. in the above-captioned action.

ALFRED A. GRAY, JR.,
By his attorneys,

*/s/ Matthew T. Westhoff*
John J. O'Connor, BBO #555251
Matthew T. Westhoff, BBO #711741
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
Telephone No.: (617) 951-2077
joconnor@peabodyarnold.com
mwesthoff@peabodyarnold.com

DATED: September 16, 2025

## CERTIFICATE OF SERVICE

I, Matthew T. Westhoff, hereby certify that on September 16, 2025, a true and correct copy of the foregoing was filed electronically in the Court's CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's Case Management/Electronic Case Filing system, and via U.S. Regular Mail to the plaintiff, as follows:

Kirby Vance Browning (*pro se*)
401 Flint Avenue, Apt. 216
Albany, GA 31701
kirbyvbrowning@gmail.com

                                              */s/ Matthew T. Westhoff*
                                              Matthew T. Westhoff, Esq.

4171818
16795/209474