UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KIRBY VANCE BROWNING
_____

Plaintiff

v.                                    Civil Action No. 4:25-cv-40025-DHH
                                                      _____

MICHAEL AMES, et al.
_____

Defendant

## CONSENT TO OR DECLINATION OF THE EXERCISE
## OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

This case has been assigned to Magistrate Judge _David H. Hennessy_____ for all purposes.
Exercise of jurisdiction by the Magistrate Judge assigned is permitted only if all parties voluntarily
consent. You may, without adverse substantive consequences, withhold your consent.

**You must file this document with the Court within 30 days after the date of service on the last
party regardless of whether or not you are consenting to the exercise of jurisdiction of the
Magistrate Judge.**

### CHECK ONE

[ ] All parties in this civil action CONSENT to have the assigned Magistrate Judge conduct all
proceedings in this civil action, including trial, and to order the entry of final judgment in accordance
with 28 U.S.C. § 636(c) and Rule 73(b) of the Federal Rules of Civil Procedure.

### OR

[✔] At least one party in this civil action DOES NOT CONSENT to have the assigned Magistrate
Judge conduct all proceedings, including trial, and to order the entry of final judgment. This case will be
randomly assigned to a U.S. District Judge for further proceedings. If you elect to have the case proceed
before a U.S. District Judge, the above named Magistrate Judge shall continue to be assigned to this case
to hear matters referred by the District Judge, in accordance with 28 U.S.C. § 636(b) and Rule 72 of the
Federal Rules of Civil Procedure.

| *Parties' printed names* | *Signature of parties or attorneys* | *Dates* |
|---|---|---|
| Alfred A. Gray, Jr. | *[signature]* | 9/17/25 |
| | | |

(If additional space is needed, additional forms may be attached)

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2025, a true and correct copy of the foregoing was filed electronically in the Court's CM/ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's Case Management/Electronic Case Filing system, and via U.S. Regular Mail to the plaintiff, as follows:

Kirby Vance Browning (*pro se*)
401 Flint Avenue, Apt. 216
Albany, GA 31701
kirbyvbrowning@gmail.com

_____
John J. O'Connor