UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KIRBY VANCE BROWNING,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL AMES, DAVID LIBBY, ALFRED A. GRAY, JR., AND ROBERT F. KENNEDY COMMUNITY ALLIANCE, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>NO. 4:25-40025-MRG |

## ORDER OF DISMISSAL

**GUZMAN, D.J.**

In accordance with the Court's Memorandum and Order dated February 2, 2026, [ECF 29] granting Defendants' motions to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

<u>February 3, 2026</u>                                    /s/Sandra Burgos
Date                                                                  Deputy Clerk